# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address or telephone number)

CASE NAME  Mariana D. Scott                   CASE NO  13-15741

FOR:  ☐ DEBTOR
      ☒ JOINT DEBTOR
      ☐ CREDITOR
      ☐ ATTORNEY  ( Please include Bar ID Number _____)
      ☐ PLAINTIFF
      ☐ DEFENDANT

OLD ADDRESS:

NAME: Mariana D. Scott

ADDRESS: 13323 68th Ave SE

Snohomish, WA 98296

PHONE: _____

EMAIL ADDRESS (attorney only): _____

NEW ADDRESS:

NAME: Mariana D. Scott

ADDRESS: 34 Earnhardt Circle

Cabot, AR 72023

PHONE: _____

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

/s/ Mariana D. Scott                                    Date 8/26/2013

_____

RULE 9011-1. NOTICE OF CHANGE OF ADDRESS, TELEPHONE NUMBER OR EMAIL ADDRESS

    (a) Written Notice of Change of Address, Phone, Email Address. Notices of changes of address, telephone number, and email address must be filed in writing within 10 days of the effective date and served on the trustee, parties requesting special notice, and all parties to any adversary proceeding.

    (b) Conclusive Address. The address, telephone number, and email address of a party or his or her attorney, as noted on the first pleading filed by that party or attorney or as changed in accordance with subparagraph (a), shall be conclusively presumed to be the last known address, telephone number and email address of said party or attorney.